# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ELTON EDWARDS, PRO SE, | : | No. 181 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KIMBERLY A. BARKLEY, SECRETARY | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, ET AL. | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of December, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.